Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

FILED

MAY 07 2018

MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

**FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT**
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**18 CV 6344 CJS**

A.    Full Name of Plaintiff: NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Timothy Miller

-vs-

B.    Full Name(s) of Defendant(s) NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1.    Julia B. Day (Regional Director)       4.

2.    Employees who investigate            5.

3.                                          6.

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A.  Basis of Jurisdiction in Federal Court:

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B.  Reason for Venue in the Western District:

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C.  Nature of Suit: Denial of services (my Request were Denied) (camera Surveillance, Applications, Arrest record) violation 14 Amendment. Because Julia B. Day Employees were incompetent to investigate my claims

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Timothy Miller

Present Address: 100 Coleridge RD, APT 119
Rochester N.Y. 14609

Name of Second Plaintiff:

Present Address:

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Julia B. Day

Official Position of Defendant (if relevant): Regional Director

Address of Defendant: Monroe Division for Human Rights

Name of Second Defendant: Employee

Official Position of Defendant (if relevant): Investigator

Address of Defendant:

Name of Third Defendant:

Official Position of Defendant (if relevant):

Address of Defendant:

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.    Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**

Yes_____    No_✓_

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

Plaintiff(s):

2

Defendant(s): _____

_____

2.    Court (if federal court, name the district; if state court, name the county): _____

_____

3.    Docket or Index Number: _____

4.    Name of Judge to whom case was assigned: _____

5.    The approximate date the action was filed: _____

6.    What was the disposition of the case?

        Is it still pending?  Yes_____  No_____

           If not, give the approximate date it was resolved. _____

        Disposition (check those statements which apply):

      _____ Dismissed (check the statement which indicates why it was dismissed):

           _____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
           _____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
           _____ By court due to your voluntary withdrawal of claim;

      _____ Judgment upon motion or after trial entered for

           _____ plaintiff
           _____ defendant.

---

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action.  You **must** include a statement of the facts which you believe support each of your claims.  In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

**A. FIRST CLAIM:** On (*date of the incident*) _____,

defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) _____

_____

_____

3

did the following to me (*briefly state what each defendant named above did*): _____

_____

_____

_____

_____

_____

_____

_____

_____

The federal basis for this claim is: _____.

_____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

_____

_____

_____

**B. SECOND CLAIM:** On (*date of the incident*) _____,

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

_____

_____

did the following to me (*briefly state what each defendant named above did*): _____

_____

_____

_____

_____

_____

_____

The federal basis for this claim is: _____

_____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

_____

_____

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

~~A Thorought~~

A WEAlthey Settlement for Being Discriminated within Rochester N.Y.

A Complete INvestigation for Dates, time, Place that I reguested. AN A LIE Detective test Because Alot of Syspects Discriminated As AinSt me.

Do you want a **jury trial**? Yes ✓ No____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ___5/7/18___
(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Timothy miller

_____

_____

Signature(s) of Plaintiff(s)

5

A Civil Suit Against Monroe Division For Human Rights

From Timothy Lemell Miller

I am filing a civil suit against Monroe Division for Human Rights for denial of services that Plaintiff requested Julia B Day (Regional Director) and their employees to do under their guidelines. The New York Division for Human Rights abridge their own privileges when they concluded to see my complaints as improbable without doing a complete investigation. The Division for Human Rights states that discrimination really hurts in if you see it or experience it to call them.

I filed over 42 discrimination complaints while all were dismissed without being investigated thoroughly. According to Monroe Division for Human Rights services requires them to act to assure that every individual within this state is afforded an equal opportunity to enjoy a full and productive life. This law is call Human Rights Law that prohibits discrimination, sexual harassment, arrest record, and arrest conviction. In 1945 N.Y.S . Legislature passed what was the first Civil Rights law in the country describing its  importance which was to protect the laws far as discrimination in employment, housing unit, places of public accommodations, sexual harassment, sexual orientation, in any type of discriminatory acts that violates the 14th amendment.

Plaintiff filed against Kohl's store on 8/31/16 to Monroe Division for Human Rights under arrest record in arrest conviction. Plaintiff ask the division for human rights to retrieved an application is was denied. This application would have substantiated facts that Kohl's employees knew Plaintiff had a conviction record. On 10/12/16 Kohl's claim they were unaware of Plaintiff having an arrest record in arrest conviction. Since Plaintiff could not enter back into Kohl's store due to fear of entrapment Plaintiff requested for Monroe Division of Human Rights to retrieve this document. Monroe Division did not retrieve my application that I requested for them to review because I wrote attempt robbery on my application 11/6/13.

Plaintiff requested for camera surveillance due to unlawful discriminatory acts that had become so severe in pervasive that it started changing the perception of how citizens and non citizens view as a person within Rochester N.Y.

Plaintiff requested were denied after Kohl's offered Plaintiff a settlement not even a full month. During a phone conversation with one of the division of human rights employee stated they don't review cameras. I was told later by N.Y.S Bronx Head Quarters that they can review cameras especially if its necessary.

 I filed against Woodward Health Center located in Rochester 480 Genesee Street. I requested for camera surveillance because of pictures being displayed of employee (Ms. Washington) rebuttal my dispute using her servicing women respectfully. Why camera surveillance was needed because none of the pictures display Ms. Washington servicing me at all. Monroe Division of Human Rights concluded that my complaint was insufficient and lack of probable cause. Why would Woodward Health Center show pictures of Ms Washington servicing other women but not the day she service me which was 11/9/16.

Shop n Smart located on 439 South Avenue I experience discrimination with parents placing their children in front of stores. I filed a police report because of the same woman placing kids in front of me with will intent was the same lady who discriminated against me on 11/9/16 on wooden and Dr. Samacree between Zion Baptist Church in Madison school towards Genesee Street.

These are some of the reasons I requested for Camera surveillance. Plaintiff main reason is because Plaintiff thought no one would believe him.

Plaintiff filed against Price Rite, Rental Center, and local areas that cameras were being used. I even were being discriminated going to find employment (Clean Craft 460 Buffalo R.D 2/18/2017).

The Division kept denying me of camera surveillance which was very important to my complaints especially when they are so many.

I would like to take a LIED DETECTIVE TEST TO PROVE THAT I WAS BEING DISCRIMINATED WITHIN THE CITY OF ROCHESTER WHILE THE DIVISION FOR HUMAN RIGHTS IGNORED MY REQUESTED THAT WAS NOT IMPROBABLE BUT VERY IMPORTANT .

I REQUEST THAT ALL MY COMPLAINTS BE REINVESTIGATED WITH CAMERA USE LIKE I REQUESTED.